# Exhibit 1

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Pablo Fernandez (M 21)

       Defendant.

FELONY
(ARREST WARRANT)
ADA HICKEY
   (212) 335-4140

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK)

95N045412

Police Officer Albert Molino, shield # 9174 of the 24, being duly sworn, deposes and says as follows:

On June 10, 1993, at about 1515 hours at 504 W. 135th Street in the County and State of New York, the defendant committed the offense of:

1. PL 125.25(1)      Murder 2nd Degree

in that the defendant, with intent to cause the death of another person, caused the death of such person.

The offense was committed under the following circumstances:

P.O. Albert Molina states that he is informed by a person known to the District Attorney that defendant caused the death of Ramon Quintero in that the above described person known to the District Attorney's Office saw defendant shoot Ramon Quintero with a pistol causing his death.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Sworn to before me on 6/7, 1995.

June 7, 1995   4:24 pm            Police Department   950607161931            Deponent

**95N045412**
(ARREST WARRANT)

**COMPLAINT & WARRANT ORDERED**

## ARRAIGNMENT

Date: June 7, 19 95

The defendant upon appearing for arraignment

- was assigned Legal Aid Society counsel for arraignment only,
- was assigned Legal Aid Society counsel,
- was represented by his own counsel,
- was represented by himself,
- was furnished with a copy of the accusatory instrument filed against him.
- was informed pursuant to Section 170.10 of the CPL
- waived the requirement that he be informed pursuant to Section 170.10 of the CPL.
- was informed pursuant to Section 1607-1 of the V.T.L.
- was served with notice by the District Attorney pursuant to Section 710.30-1a of the CPL.
- was served with notice by the District Attorney pursuant to Section 710.30-1b of the CPL.

COURT NUMBER
FELONY COMPLAINT
**CRIMINAL COURT**
OF THE CITY OF NEW YORK

NEW YORK COUNTY

The People of the State of New York
vs.
Pablo Fernandez (M 21)
NY

Defendant is charged with a violation of

PL125.25(1)

Officer's Name: Albert Molino
Shield Number:
Command: 24

ADA: Hickey, Deborah/#30/HOMICIDE

### ADJOURNMENT
To Part
To Date
BAIL/CONDITION

#1 ___ INS. CO. BAIL BOND OR CASH BAIL
#2 ___ INS. CO. BAIL BOND OR CASH BAIL
#3 ___ INS. CO. BAIL BOND OR CASH BAIL
#4 ___ INS. CO. BAIL BOND OR CASH BAIL

The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Section 510.40 of the CPL.

ADJ REQUEST: PRESENT / ABSENT / NOTIFY / EXCUSED

| People/Complainant | Officer/Complainant | Officer/Complainant | Officer/Complainant | Officer/Complainant |
|---|---|---|---|---|
| Consent / Court | Defendant/Attorney | Defendant/Attorney | Defendant/Attorney | Defendant/Attorney |

**SPEEDY TRIAL**
___ Adjournment period to be excluded under Sec 30.30 CPL
___ Adjournment period to be charged under Sec 30.30 CPL
___ The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.
___ Psychiatric examination ordered
___ Custody
___ Out Patient
___ Narcotic examination ordered
___ Medical attention required

DATE    JUDGE

### DISPOSITION
Charges reduced to ___

DATE ___ JUDGE ___
DISMISSAL – PLEA – CONVICTION – ACQUITTAL
#1
#2
#3
#4

DATE ___ JUDGE ___

### SENTENCE
Before pronouncing sentence at the time of conviction the Court has inquired as to whether a statement is desired by the defendant.
The defendant does not desire to make a statement.
The defendant was asked pursuant to Section 380.50 CPL whether he wished to make a statement.

#1
#2
#3
#4

The defendant was advised of his right to appeal.

DATE ___ JUDGE ___

### FINE PAID
DATE COLLECTED  PART  RECEIPT #  AMOUNT
COLLECTED BY (FULL SIGNATURE)
FINE BOOK ENTRY BY (FULL SIGNATURE)
DOCKET BOOK ENTRY BY (FULL SIGNATURE)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Pablo Fernandez (M 21)

Defendant.

FELONY
(ARREST WARRANT)
ADA HICKEY
(212) 335-4140

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK)

95N045412

Police Officer Albert Molino, shield # 9171 of the 24, being duly sworn, deposes and says as follows:

On June 10, 1993, at about 1515 hours at 504 W. 135th Street in the County and State of New York, the defendant committed the offense of:

1. PL 125.25(1)     Murder 2nd Degree

in that the defendant, with intent to cause the death of another person, caused the death of such person.

The offense was committed under the following circumstances:

P.O. Albert Molina states that he is informed by a person known to the District Attorney that defendant caused the death of Ramon Quintero in that the above described person known to the District Attorney's Office saw defendant shoot Ramon Quintero with a pistol causing his death.

*Criminal Court of the City of New York*

*I hereby certify this to be a true copy of the record on file in this Court.*

6/7/95    [signature]

IAN CAESAR    Court Official/Title
SENIOR COURT CLERK

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Sworn to before me on  6/7 , 1995.

June 7, 1995   4:24 pm         Police Department  950607161931     [signature] Deponent