# Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

PABLO FERNANDEZ,

Defendant.

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse the defendant of the crime of MURDER IN THE SECOND DEGREE, in violation of Penal Law §125.25(1), committed as follows:

The defendant, in the County of New York, on or about June 10, 1993, with intent to cause the death of Ramon Quintero, caused the death of Ramon Quintero, by shooting him with a pistol.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of CRIMINAL USE OF A FIREARM IN THE FIRST DEGREE, in violation of Penal Law §265.09(1), an armed felony, committed as follows:

The defendant, in the County of New York, on or about June 10, 1993, while in the course of the commission of a class B violent felony offense, possessed a deadly weapon, which was a loaded weapon and from which a shot readily capable of producing death and other serious injury could have been discharged.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, in violation of Penal Law §265.03, an armed felony, committed as follows:

The defendant, in the County of New York, on or about June 10, 1993, possessed a loaded firearm, to wit, a pistol, with intent to use the same unlawfully against another.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE, in violation of Penal Law §265.02(4), an armed felony, committed as follows:

The defendant, in the County of New York, on or about June 10, 1993, possessed a loaded firearm, to wit, a pistol, said possession not being in defendant's home or place of business.

ROBERT M. MORGENTHAU
District Attorney