```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PABLO FERNANDEZ,                                             :
                         Petitioner,                         :
                                                             :    00 CV 7601 (KMW)
              v.                                             :
                                                             :    OPINION AND ORDER
MICHAEL CAPRA,                                               :
                                                             :
                         Respondent.                         :
                                                             :
-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

Petitioner has requested a certificate of appealability following this Court's denial of his Third Amended Petition for *Writ of Habeas Corpus* pursuant to 28 U.S.C. § 2254.

The Court denies this request because the petitioner has failed to make a substantial showing of a denial of a constitutional right, as is required under 28 U.S.C. § 2253(c).

SO ORDERED.

DATED:   New York, New York
         November 10, 2016

                                        /s/ Kimba M. Wood
                                        _____
                                        KIMBA M. WOOD
                                        United States District Judge